# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| MANUEL RAMIREZ *Plaintiff* v. STATE OF WASHINGTON and DOE, *Defendant* | ) ) ) ) ) ) | Civil Action No. 4:14-CV-5123-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Dismissing Amended Complaint entered June 29, 2015, ECF No. 17, the Amended Complaint is DISMISSED under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but without prejudice to challenging his confinement in appropriate state court and habeas proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Date: June 29, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas